# Court of Appeals
# of the State of Georgia

ATLANTA, __June 28, 2013__

*The Court of Appeals hereby passes the following order:*

**A13D0417.  WENDY TAYLOR v. CITY OF HIRAM.**

Wendy Taylor filed this application for discretionary appeal on May 22, 2013, purporting to seek review of a trial court judgment entered on the same date.  Taylor, however, has failed to include a copy of any order of the trial court.

Under OCGA § 5-6-35 (c), an applicant for discretionary appeal "*shall* include as exhibits to the petition a copy of the order or judgment being appealed and should include a copy of the petition or motion which led directly to the order or judgment being appealed and a copy of any responses to the petition or motion."  (Emphasis supplied.)  See also Court of Appeals Rule 31 (e) ("Discretionary applications must contained a stamped 'filed' copy of the trial court's order or judgment from which the appeal is sought.").

Without the trial court's order, we have nothing to review.  This application is therefore DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, __06/28/2013__
    *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
        *Witness my signature and the seal of said court* hereto affixed the day and year last above written.


_____ , Clerk.